IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ARTHUR L ROBINSON,

    Petitioner,

v.                                          CASE NO. 1:12-cv-147-MP-GRJ

KENNETH TUCKER, et al.,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Petitioner's petition for a writ of habeas corpus (Doc. 4); motion for leave to proceed as a pauper (Doc. 5); motion for extension of time to file documents in support of his motion to proceed as a pauper; and motion for extension of time to file a habeas petition (Doc. 7.). Petitioner is incarcerated at Wakulla Correctional Institution and challenges his conviction in the Seventh Judicial Circuit Court of Volusia County, Florida. Jurisdiction is therefore appropriate in either this district or in the United States District Court for the Middle District of Florida, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d). The district of conviction would appear to be the most convenient for witnesses should an evidentiary hearing be necessary, and therefore, transfer of this case to the Middle District is appropriate. *See Mitchell v. Henderson*, 432 F.2d 435, 436 (5th Cir. 1970); *Parker v. Singletary*, 974 F.2d 1562, 1582, n. 118 (11th Cir. 1992).

Accordingly, it is **ORDERED** that**:**

1. Petitioner's motion for extension of time (Doc. 7) is **DENIED AS MOOT.**

2. This case is hereby **TRANSFERRED** to the Middle District of Florida, Orlando

Division for all further proceedings.

**DONE AND ORDERED** this 30th day of July 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge